AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

      Plaintifff,

           v.

METAL TRADES DEPARTMENT AFL-CIO, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5159-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is granted and that Plaintiffs' Amended Complaint is dismissed with prejudice. Judgment is hereby entered in favor of Defendants.

01/15/13
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb